IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LORI BERNARD WILPRIT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:24-cv-388 (LMB/LRV) |
| ) | |
| CAPITAL ONE BANK, USA, N.A. and ) | |
| CAPITAL ONE, N.A., ) | |
| ) | |
| Defendants. | |

ORDER

Before the Court is defendants' Motion to Dismiss for lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and for failure to state a claim under Fed. R. Civ. P. 12(b)(6). [Dkt. No. 18]. Because this civil action has recently been transferred to this Court from the Northern District of Texas and because oral argument will aid in the Court's decisional process, it is hereby

ORDERED that a hearing on defendants' Motion to Dismiss [Dkt. No. 18] be and is SCHEDULED for Friday, April 12, 2024 at 10:00 a.m. in Courtroom 700; and it is further

ORDERED that each counsel immediately file a notice to inform the Court of their status as a member of the bar of this Court. Any counsel who is not admitted to practice before this Court must make arrangements with an attorney who is admitted, and that local attorney must promptly enter an appearance in this civil action.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18 day of March, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge