**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

**LORI BERNARD WILPRIT**

       Plaintiff,

v.CASE NO.: 1:24-CV-388-LMB-LRV

CAPITAL ONE BANK USA, NA, *et al*
       Defendants.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please note the appearance of Jason M. Krumbein of Krumbein Consumer Legal Services, as co-counsel of record for Plaintiff.

                Kacy Lynn Young

                By:/s/Jason M. Krumbein.
                     Of Counsel
                Jason M. Krumbein, Esq. VSB#43538
                Krumbein Consumer Legal Services, Inc
                1650 Willow Lawn Dr. Suite 201
                Richmond, VA 23230
                804.592.0792
                804.823.2565 (fax)
                JKrumbein@KrumbeinLaw.com(e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 21st Day of December, 2022, that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

Brooke K. Conkle
Ethan G. Ostroff
Jonathan S. Hubbard
Robert A. Angle
Bryony Harris
Jose M. Luzarraga
Counsel for the defendants.

And I hereby certify that I will mail the document by US Mail to the following non filing users:

James J. Manchee
Justin M. Baxter
Counsel for plaintiff (PHV to be filed)

By:_____/s/ Jason M. Krumbein_____.
Jason M. Krumbein, Esq. VSB#43538
Counsel for the Plaintiff
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com(e-mail)