**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**LORI BERNARD WILPRIT**

       Plaintiff,

v.                                        CASE NO.: 1:24-CV-388-LMB-LRV

CAPITAL ONE BANK USA, NA, *et al*
       Defendants.

**NOTICE**

To the Clerk of this court and all parties of record:

    Out of state counsel, James Manchee, will be filing a motion for admission *Pro Hac Vice* shortly. Mr. Manchee will be arguing the motions on April 12, 2024.


    Lori Bernard Wilprit

    By:    /s/Jason M. Krumbein   .
          Of Counsel
    Jason M. Krumbein, Esq. VSB#43538
    Krumbein Consumer Legal Services, Inc
    1650 Willow Lawn Dr. Suite 201
    Richmond, VA 23230
    804.592.0792
    804.823.2565 (fax)
    JKrumbein@KrumbeinLaw.com(e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 21st Day of December, 2022, that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

Brooke K. Conkle
Ethan G. Ostroff
Jonathan S. Hubbard
Robert A. Angle
Bryony Harris
Jose M. Luzarraga
Counsel for the defendants.

And I hereby certify that I will mail the document by US Mail to the following non filing users:

James J. Manchee
Justin M. Baxter
Counsel for plaintiff (PHV to be filed)

By: _____/s/ Jason M. Krumbein_____.
Jason M. Krumbein, Esq. VSB#43538
Counsel for the Plaintiff
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com(e-mail)