IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LORI BERNARD WILPRIT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-cv-388 (PTG/LRV) |
| | ) | |
| CAPITAL ONE BANK USA, N.A. and | ) | |
| CAPITAL ONE, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL OF BRYONY HARRIS

In accordance with the Court's Order of March 18, 2024, ECF No. 80, Bryony Harris of

Butler Snow LLP, by undersigned counsel, confirms that she is not a member of the bar of this

Court and is withdrawing as counsel of record for Defendant Capital One, N.A.[1] in the above-

captioned matter.

Dated:  March 20, 2024                          Respectfully submitted,

                                               **CAPITAL ONE, N.A.**

                                               By:/s/ Robert A. Angle_____
                                               Robert A. Angle (VSB No. 37691)
                                               robert.angle@troutman.com
                                               TROUTMAN PEPPER HAMILTON SANDERS LLP
                                               1001 Haxall Point, Suite 1500
                                               Richmond, Virginia 23219
                                               Telephone:  (804) 697-1200
                                               Facsimile:  (804) 697-1339

                                               *Counsel for Defendant Capital One, N.A.*

---

[1] Effective October 1, 2022, Capital One Bank (USA), National Association merged with and into
Capital One, National Association.

2

**AGREED TO BY:**

/s/ Bryony Harris
    Bryony Harris
    Butler Snow LLP
    2911 Turtle Creek Blvd., Suite 1400
    Dallas, TX 75219
    Telephone: (469) 680-5500
    Facsimile: (469) 680-5501
    Email: bryony.harris@butlersnow.com

169890120