**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **LORI BERNARD WILPRIT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-388 (PTG /LRV) |
| ) | |
| **CAPITAL ONE BANK USA, N.A. and** ) | |
| **CAPITAL ONE, N.A.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF WITHDRAWAL OF JOSE M. LUZARRAGA

In accordance with the Court's Order of March 18, 2024, ECF No. 80, Jose M. Luzarraga of Butler Snow LLP, by undersigned counsel, confirms that he is not a member of the bar of this Court and is withdrawing as counsel of record for Defendant Capital One, N.A.[1] in the above-captioned matter.

Dated: March 20, 2024                              Respectfully submitted,

**CAPITAL ONE, N.A.**

By:/s/ Robert A. Angle
Robert A. Angle (VSB No. 37691)
robert.angle@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339

*Counsel for Defendant Capital One, N.A.*

---

[1] Effective October 1, 2022, Capital One Bank (USA), National Association merged with and into Capital One, National Association.

**AGREED TO BY:**

/s/ Jose M. Luzarraga

    Jose M. Luzarraga
    Butler Snow LLP
    2911 Turtle Creek Blvd., Suite 1400
    Dallas, TX 75219
    Telephone: (469) 680-5500
    Facsimile: (469) 680-5501
    Email: jose.luzarraga@butlersnow.com

169891804