**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **LORI BERNARD WILPRIT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-388-PTG |
| ) | |
| **CAPITAL ONE BANK USA, N.A. and** ) | |
| **CAPITAL ONE, N.A.,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION FOR SUPPLEMENTAL BRIEFING SCHEDULE

COME NOW Defendant Capital One, N.A. ("Capital One"),[1] and Plaintiff, Lori Bernard Wilprit ("Wilprit") (collectively, the "Parties"), through their counsel, and move this Court for entry of the attached proposed Supplemental Briefing Schedule, setting forth a briefing schedule for the Parties' supplemental briefing regarding Capital One's pending Motion to Dismiss. (ECF No. 18.)

Capital One's Motion to Dismiss was filed on April 24, 2022 in the Northern District of Texas, Case No. 3:22-cv-00452. The matter was transferred to this Court on March 12, 2024. (ECF No. 79.) The Parties respectfully request this Court grant the parties an opportunity to file supplemental briefing regarding Capital One's pending Motion to Dismiss to include discussion of applicable Fourth Circuit and Virginia law. The Parties propose the following schedule:

- Capital One may file its supplemental brief within 14 days of entry of the Supplemental Briefing Order;

- Wilprit may file a response within 14 days of Capital One's supplemental brief; and

---

[1] Effective October 1, 2022, Capital One Bank (USA), National Association merged with and into Capital One, National Association.

1

- Capital One may file a reply within 6 days of Wilprit's response.

In addition, the Parties respectfully request this Court hold oral arguments on Capital One's pending Motion to Dismiss following the submission of the Parties' supplemental briefing. A proposed order is attached hereto as **Exhibit A**.

    WHEREFORE, the Parties respectfully request this Court issue the proposed Supplemental Briefing Scheduling Order and grant the parties the opportunity to provide oral arguments regarding Capital One's Motion to Dismiss.

Dated:  April 1, 2024

Respectfully submitted,

**CAPITAL ONE, N.A.**

By:  /s/ *Robert A. Angle*
Robert A. Angle (Va. Bar No. 37691)
Jon S. Hubbard (Va. Bar No. 71089)
Brooke K. Conkle (Va. Bar No. 87413)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
Email: robert.angle@troutman.com
Email: jon.hubbard@troutman.com
Email: brooke.conkle@troutman.com

Ethan G. Ostroff (VSB No. 71610)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: ethan.ostroff@troutman.com

*Counsel for Defendant Capital One, N.A.*


By:  /s/      *Jason M. Krumbein*
Jason Meyer Krumbein (Va. Bar No. 43538)

                                          KRUMBEIN CONSUMER LEGAL SERVICES INC.
                                          1650 Willow Lawn Drive Ste 201
                                          Richmond, VA 23230
                                          Telephone: (804)592-0792
                                          Facsimile: (804)234-1159
                                          Email: jkrumbein@krumbeinlaw.com

                                          James Justin Manchee
                                          MANCHEE & MANCHEE PC
                                          5048 Tennyson Parkway Ste 250
                                          Plano, TX 75024
                                          Telephone: (972)960-2240
                                          Facsimile: (972)233-0713
                                          Email: jim@mancheelawfirm.com

                                          *Counsel for Plaintiff Lori Bernard Wilprit*