**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **LORI BERNARD WILPRIT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-388-PTG |
| | ) |
| **CAPITAL ONE BANK USA, N.A.** and | ) |
| **CAPITAL ONE, N.A.,** | ) |
| | ) |
| **Defendants.** | ) |

**[PROPOSED] ORDER GRANTING**
**JOINT MOTION FOR SUPPLEMENTAL BRIEFING SCHEDULE**

Upon consideration of the Parties' Joint Motion for Supplemental Briefing Schedule,

IT IS ORDERED that within 14 days of entry of this Order, Defendant Capital One N.A. shall file supplemental briefing regarding its pending Motion to Dismiss.

IT IS FURTHER ORDERED that Plaintiff shall file a response to Defendant's supplemental brief within 14 days. Defendant may file a reply within 6 days of Plaintiff's response.

IT IS FURTHER ORDERED that Defendant shall notice its pending Motion to Dismiss for hearing upon submission of its supplemental brief.

IT IS SO ORDERED.

Entered this __ day of _____, 2024.

_____
The Honorable Patricia Tolliver Giles
United States District Judge