**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **LORI BERNARD WILPRIT,**            ) | |
|                     ) | |
|         **Plaintiff,**       ) | |
|                     ) | |
|     **v.**                    ) | **Civil Action No. 1:24-cv-388-PTG-LRV** |
|                     ) | |
| **CAPITAL ONE BANK USA, N.A. and** ) | |
| **CAPITAL ONE, N.A.,**         ) | |
|                     ) | |
|         **Defendants.**     ) | |

### JOINT NOTICE OF SETTLEMENT OF CLAIMS

Plaintiff Lori Bernard Wilprit ("Plaintiff") and Defendant Capital One, N.A.[1] ("Defendant") hereby file this Joint Notice of Settlement of Claims (the "Notice") and show the following:

1. Plaintiff and Defendant hereby notify the Court they have reached a settlement of their dispute. The settlement resolves all claims at bar that Plaintiff and Defendant have asserted against each other in their live pleadings in this proceeding.

2. Plaintiff and Defendant are currently in the process of preparing a formal, written settlement agreement and request the Court stay all current deadlines and retain this case as open on the Court's docket to afford Plaintiff and Defendant sufficient time to draft and execute such agreement and the necessary and related settlement papers and notices.

3. Plaintiff and Defendant anticipate filing with the Court a Stipulation of Dismissal with Prejudice within 30 days.

---

[1] Effective October 1, 2022, Capital One Bank (USA), National Association merged with and into Capital One, National Association.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant notify the Court they have settled all their respective live claims in this cause and request the Court stay all deadlines and retain jurisdiction over this matter until Plaintiff and Defendant file formal dismissal papers.

Dated: April 18, 2024

Respectfully submitted,

**CAPITAL ONE, N.A.**

By: /s/ *Robert A. Angle*
Robert A. Angle (Va. Bar No. 37691)
Jon S. Hubbard (Va. Bar No. 71089)
Brooke K. Conkle (Va. Bar No. 87413)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
Email: robert.angle@troutman.com
Email: jon.hubbard@troutman.com
Email: brooke.conkle@troutman.com

Ethan G. Ostroff (VSB No. 71610)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: ethan.ostroff@troutman.com

*Counsel for Defendant Capital One, N.A.*

By: /s/ *Jason M. Krumbein*
Jason Meyer Krumbein (Va. Bar No. 43538)
KRUMBEIN CONSUMER LEGAL SERVICES INC.
1650 Willow Lawn Drive Ste 201
Richmond, VA 23230
Telephone: (804)592-0792
Facsimile: (804)234-1159
Email: jkrumbein@krumbeinlaw.com

James Justin Manchee
MANCHEE & MANCHEE PC
5048 Tennyson Parkway Ste 250
Plano, TX 75024
Telephone: (972)960-2240

Facsimile: (972)233-0713
Email: jim@mancheelawfirm.com

*Counsel for Plaintiff Lori Bernard Wilprit*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure.

*/s/ Robert A. Angle*
Robert A. Angle