IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LORI BERNARD WILPRIT,<br>    *Plaintiff*, | )<br>)<br>) |
| v. | )    1:24-cv-388<br>) |
| CAPITAL ONE BANK (U.S.A.), N.A. and<br>CAPITAL ONE N.A.,<br>    *Defendants*. | )<br>)<br>) |

## ORDER

This matter comes before the Court on the parties' Joint Notice of Settlement of Claims (Dkt. 94), in which they request that "the Court stay all deadlines and retain jurisdiction over this matter until [they] file formal dismissal papers." Upon consideration of the motion, and for good cause shown, it is hereby

**ORDERED** that the parties' motion is **GRANTED**; and it is further

**ORDERED** that the instant action is **STAYED** for thirty (30) days from the date of this order.

Entered this 24th day of April, 2024.
Alexandria, Virginia

_____
Patricia Tolliver Giles
United States District Judge