**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| LORI BERNARD WILPRIT, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-388-PTG-LRV |
| | § | |
| CAPITAL ONE BANK USA, N.A. and | § | |
| CAPITAL ONE, N.A., | § | |
| | § | |
|    Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lori Bernard Wilprit and Defendant Capital One, N.A.[1], pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and through their undersigned counsel, respectfully stipulate to dismiss this case in its entirety, with prejudice, and with both parties bearing their own costs, fees, and expenses.

Dated: May 9, 2024.

Respectfully submitted,

By: /s/ *Robert A. Angle* _____
Robert A. Angle (Va. Bar No. 37691)
Jon S. Hubbard (Va. Bar No. 71089)
Brooke K. Conkle (Va. Bar No. 87413)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
Email: robert.angle@troutman.com
Email: jon.hubbard@troutman.com
Email: brooke.conkle@troutman.com

---

[1] Effective October 1, 2022, Capital One Bank (USA), National Association merged with and into Capital One, National Association.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 1**

Ethan G. Ostroff (VSB No. 71610)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: ethan.ostroff@troutman.com

*Counsel for Defendant Capital One, N.A.*

By: /s/ *Jason M. Krumbein*
Jason Meyer Krumbein (Va. Bar No. 43538)
KRUMBEIN CONSUMER LEGAL SERVICES INC.
1650 Willow Lawn Drive Ste 201
Richmond, VA 23230
Telephone: (804)592-0792
Facsimile: (804)234-1159
Email: jkrumbein@krumbeinlaw.com

James Justin Manchee
MANCHEE &MANCHEE PC
5048 Tennyson Parkway Ste 250
Plano, TX 75024
Telephone: (972)960-2240
Facsimile: (972)233-0713
Email: jim@mancheelawfirm.com

*Counsel for Plaintiff Lori Bernard Wilprit*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2024, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure.

/s/ *Jason M. Krumbein*
Jason M. Krumbein

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 2**