# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| LORI BERNARD WILPRIT, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:24-cv-388-PTG-LRV |
| CAPITAL ONE BANK USA, N.A. and CAPITAL ONE, N.A., | § § § § | |
| Defendants. | § § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, came for consideration Plaintiff Lori Bernard Wilprit's and Defendant Capital One, N.A.'s[1] Joint Stipulation of Dismissal with Prejudice ("Stipulation"). The Court has considered the Stipulation and finds the Stipulation should be **GRANTED**. It is therefore,

**ORDERED** that this case is dismissed, in its entirety, with prejudice, and with all parties bearing their own costs, fees and expenses.

It is so ordered this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Effective October 1, 2022, Capital One Bank (USA), National Association merged with and into Capital One, National Association.

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Solo Page**