UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LORI BERNARD WILPRIT, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CAPITAL ONE BANK USA, N.A. and § <br> CAPITAL ONE, N.A., § <br> § <br> Defendants. § | Civil Action No. 1:24-cv-388-PTG-LRV |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

On this day, came for consideration Plaintiff Lori Bernard Wilprit's and Defendant Capital One, N.A.'s[1] Joint Stipulation of Dismissal with Prejudice ("Stipulation"). The Court has considered the Stipulation and finds the Stipulation should be **GRANTED**. It is therefore,

**ORDERED** that this case is dismissed, in its entirety, with prejudice, and with all parties bearing their own costs, fees and expenses.

It is so ordered this 9th day of May, 2024.

/s/
Patricia Tolliver Giles
United States District Judge

---

[1] Effective October 1, 2022, Capital One Bank (USA), National Association merged with and into Capital One, National Association.

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Solo Page